IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**RONALD BRUCE ELLIS,**

        Plaintiff,

v.

**CIRCUIT COURT FOR THE STATE OF OREGON FOR THE COUNTY OF MULTNOMAH et al.,**

        Defendants.

No. 3:13-cv-00335-MO

OPINION AND ORDER

**MOSMAN, J.**,

    Plaintiff Ronald Bruce Ellis filed this *pro se* action *in forma pauperis* against defendants Circuit Court for the State of Oregon for the County of Multnomah, Rosemary C. O'Connor, City of Portland, and William H. Winters. For the reasons set forth in *Ellis v. City of Portland*, 2013 WL 2329811 (D. Or. May 24, 2013), and pursuant to Federal Rule of Civil Procedure 12(h)(3) and 28 U.S.C. § 1915(e)(2), this action is dismissed with prejudice.

    DATED this __5th__ day of June, 2013.

                                                    /s/ Michael W. Mosman___
                                                MICHAEL W. MOSMAN
                                                United States District Judge

1 – OPINION AND ORDER